UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SZAFRANSKI,
    Plaintiff,
-vs.-

Case No: 14-14288
Hon. George Caram Steeh

DELBERT SERVICES CORPORATION,
    Defendant.
_____

**STIPULATION AND ORDER REGARDING
DELBERT SERVICES CORPORATION'S
MOTION TO DISMISS AND COMPEL ARBITRATION**

**NOW COME** Plaintiff and Defendant, by and through their respective counsel, who hereby stipulate to the entry of an order compelling Plaintiff to arbitrate this dispute, provided that the arbitration be conducted by the American Arbitration Association or JAMS pursuant to the chosen arbitration association's consumer dispute rules and procedures; including the chosen arbitration association's rules and procedures regarding the selection and appointment of the arbitrator. The parties also stipulate to the entry of an order dismissing this lawsuit without prejudice and without fees of costs to either party.

| | |
|---|---|
| /s/ Travis L. Shackelford | /s/ Randall J. Groendyk |
| TRAVIS L. SHACKELFORD | RANDALL J. GROENDYK |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | P.O. Box 352 |
| Southfield, MI 48034 | Grand Rapids, MI 49501 |
| T (248) 353-2882 | (616) 336-6000 |
| tshackelford@creditor-law.com | rjgroendyk@varnumlaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SZAFRANSKI,
    Plaintiff,

-vs.-                                          Case No: 14-14288
                                                Hon. George Caram Steeh

DELBERT SERVICES CORPORATION,
    Defendant.
_____

## ORDER REGARDING DELBERT SERVICES CORPORATION'S MOTION TO DISMISS AND COMPEL ARBITRATION

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Delbert Services Corporation's Motion to Dismiss and Compel Arbitration is GRANTED in part. The parties are to arbitrate this dispute before the American Arbitration Association or JAMS pursuant to the chosen arbitration association's consumer dispute rules and procedures, including the chosen arbitration association's rules and procedures regarding the selection and appointment of the arbitrator.

**IT IS FURTHER ORDERED** that this case is hereby dismissed without prejudice, and without fees or costs to either party.

                                                      s/George Caram Steeh
                                                      Hon. George Caram Steeh
Dated: March 18, 2015          United States District Judge